# Motion For Court Assistance
## Obtaining Discovery Materials CASE #: ③
### 2:23-CV-11575

June 12th 2024

Now Comes the plaintiff, Landis Cage, Pro Se, and moves this Court for an order which will assist him in obtaining discovery materials needed to answer defendants Summary Judgment motion and Says:

1.) On June 12th, 2024 plaintiff was granted a 45-day extension of time to obtain documents needed to answer defendants Summary Judgment motion those documents consist of grievances filed by plaintiff to exhaust administrative remedies and are under custody and control of the michigan Department of Corrections (MDOC).

2.) MDOC has recentlyu informed plaintiff that it will 60-days to provide the requested documents. See Attached FOIA Response. This time period will exceed the time within which Plaintiff Must answer defendants Summary Motion.

3.) Plaintiff Seeks a Court order directing MDOC to forthwith provide provide the Subject Grievances necessary for plaintiff to respond to defendants summery Motion.

4.) the documents Sought to be obtained would allow plaintiff to prove that he has exhausted administrative remedies and defeat



FILED

JUN 17 2024

CLERK'S OFFICE
DETROIT

defendants' Summary Motion.

5.) It is grossly unfair for defendants to have and withhold documents which would allow plaintiff to defeat defendants Summary Motion. If plaintiff information when would allow defendants to prevail, would allow defendants to prevail, would this Court order plaintiff to surrender same?

6.) Defendants will not be harmed in their ability to offer a defense, if, in fact, defendants have a viable defense.

7.) Fundamtal Fairness mandates that this court order MDOC to forthwith provide the grievances plaintiff requires to answer defendants' Summary Motion.

WHEREFORE, plaintiff asks this Court to grant the within motion and order MDOC to forthwith provide Landis Cafe with All grievances he filed between 2019 and 2024

Submitted by: Landis Cafe
Po Box 903
Hazel Park, MI
48030

Case 2:23-cv-11575-BRM-PTM    ECF No. 62, PageID.2658    Filed 06/17/24    Page 3 of 3

Landis CAGE
PO Box 903
Hazel PARK, MI
48030

METROPLEX MI 480

7022 2410 0003 2421 7473

12 JUN 2024   PM 14 L

U.S. MARSHALS

*Retail*

U.S. POSTAGE PAID
FCM LETTER
HAZEL PARK, MI 48030
JUN 12, 2024

48226

**$4.40**

S2324K502003-21

RDC 99

48226-271839

To: United States District Court
      Office of the Clerk
theodore Levin United States Courthouse
231 West Lafayette Blvd. Room 564
Detroit, MI 48226

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE