2nd one

23-11575

Landis Cage

POOR QUALITY ORIGINAL

# Motion For Court Assistance
## Obtaining Discovery materials

Now comes the Plaintiff, LC ProSe, and moves this Court for an order which will assist him in obtaining discovery materials needed to answer defendants Summary Judgement Motion and says:

1) On the date you gave Plaintiff an extra 45 days extension of time to obtain documents needed to answer defendents Sumary Judgent Motion. Those documents Consist of grievanes filed by plaintiff to exhaust administrative remedies and are under Custody and Control of the Michigan Department of Corrections (MDOC).

2) MDOC has recentlyu informed plaintiff that it will require 60-days to provide the requested documents. See attached FOIA Response. This Time period will exceed the time within which plaintiff must answer defendants Summary motion.

3) Plaintiff Seeks a Court order directing MDOC to forthwith provide the Subject grievanes necessary for plaintiff to respond to defendants Summary motion.

FILED

JUN 26 2024

CLERK'S OFFICE
U.S. DISTRICT COURT

4) the documents sought to be obtained would allow plaintiff to prove that he has exhausted administrative remedies and defeat defendants Summary motion.

5.) It is grossly unfair for defendants to have and withhold documents which would allow plaintiff to defeat defendants Summary motion. If plaintiff had information which would allow defendants to prevail would this Court order plaintiff to Surrender Same?

6) Defendants will not be harmed in their ability to Offer a defense if, in fact, defendants have a viable defense.

7) Fundamtal Fairness Mandater that this Court order MDOC to forthwith Provide the grievances plaintiff requires to answer defendants Summary motion.

WHEREFORE plaintiff asks this Court to Grant the within motion and order mdoc to forthwith Provide plaintiff with all grievances he filed between 2019 and 2021

Submitted by

Landis L. Cage
PO Box 903
Hazel Park, MI
48030

1st
time
sent ack

## U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)   $ _____
- ☐ Return Receipt (electronic)   $ _____
- ☐ Certified Mail Restricted Delivery   $ _____
- ☐ Adult Signature Required   $ _____
- ☐ Adult Signature Restricted Delivery   $ _____

Postmark
Here

Postage

$

Total Postage and Fees

$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    Reverse for Instructions



UNITED STATES
POSTAL SERVICE.

HAZEL PARK
23200 JOHN R RD
HAZEL PARK MI 48030-9998
(800)275-8777

Qty    Unit
Price

$4.40

Postage
Amount: $0.58    -$0.58

$4.40

CFJ-504
03/2023

# MICHIGAN DEPARTMENT OF CORRECTIONS
# FREEDOM OF INFORMATION ACT FEE CALCULATION

If payment is required as indicated in the accompanying letter, requested information will not be released until the payment described below is received.

**REQUESTER'S NAME AND FOIA NUMBER:**

| BILL CALCULATION | AMOUNT |
|---|---|
| **LABOR:**<br>    Searching for and locating the material:<br>    No. of Hours: 2.50 x Wage Rate (including fringes) 56.20<br>    Reviewing the material, including separating exempt from non-exempt material:<br>    No. of Hours: 3.00 x Wage Rate (including fringes) 56.20 | S        309.1309.10 |
| **POSTAGE:** (Actual Cost) | S        0.00 |
| **DUPLICATING:**<br>    Labor:<br>    No. of Hours  0.00 x Wage Rate (including fringes) 36.03<br>    Paper:<br>    No. of Pages:        x Copying Rate S .10 per sheet | S        0.00.00 |
| **OTHER COSTS:** Describe (e.g. cost of digital media, etc.) | S        0.00 |
| Make payment by credit card, check, or money order.  Credit card payments can be made at www.michigan.gov/mdocfoia.<br><br>Mail Check/Money Order payable to the STATE OF MICHIGAN to:<br><br>FOIA Coordinator<br>    PO Box 30003<br>    Lansing, MI 48909 | **TOTAL**<br>S<br>$309.10309.10 |
| **Return a Copy of this Invoice With Your Payment** | |
| *PLEASE NOTE THAT IF A DEPOSIT IS REQUESTED, (TOTAL IS GREATER THAN $50.00), THE INDICATED AMOUNT IS AN ESTIMATE OF THE COST OF COMPLYING WITH YOUR REQUEST. THE ACTUAL COST MAY VARY FROM THIS AMOUNT. | **DEPOSIT***<br>S        154.55 |
| For Internal Use Only | **BALANCE TO BE PAID***<br><br>$<br>$154.55154.55 |
| REQUESTED INFORMATION TO BE:<br>    Provided without charge<br>    Mailed upon receipt of payment<br>    Paid and picked up in person | Check / M.O. # |

Case 2:23-cv-11575-BRM-PTM   ECF No. 63, PageID.275   Filed 06/26/24   Page 6 of 6

Landis Cage
Po Box 903
Hazel Park, MI ~~48023~~
48030

METROPLEX MI 480
21 JUN 2024  PM 9  L



To. United States District Court
for the Eastern District of Michigan
Office of the Clerk
Theodore Levin United States Courthouse
~~48226-9733~~ West Lafayette Blvd. Room 564
Detroit, MI 48226